**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES CLAUDE COPE,

        Plaintiff,

v.                                      Case No:  6:14-cv-1314-Orl-40DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint seeking review of the Commissioner's decision to deny Plaintiff's application for disability benefits (Doc. 1) filed on August 14, 2014. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 20, 2015 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **AFFIRMED**.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly and close the file.

**DONE AND ORDERED** in Orlando, Florida on May 11, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties